# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137093-94 & (76)(77)(78)

MICHAEL SCHILS,
        Plaintiff-Appellant,

v

DEPARTMENT OF LABOR & ECONOMIC
GROWTH,
        Defendant-Appellee.

SC: 137093-94
COA: 272650; 273804
Washtenaw CC: 06-000378-CZ;
06-000387-CZ; 06-000515-CZ

_____/

On order of the Court, the motions for miscellaneous relief are DENIED. The application for leave to appeal the June 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Costs of $375 are assessed against the plaintiff in favor of the defendant under MCR 7.316(D)(1) for filing a vexatious appeal. The plaintiff Michael Schils is barred from submitting additional filings in this Court in non-criminal matters until he offers proof that he has paid all outstanding court-imposed sanctions.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk

1215